UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. CROFTCHECK )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>COMPLETE CREDIT SOLUTIONS, )<br>INC. )<br>)<br>Defendant ) | Case Number: 10-589 |

### CERTIFICATE OF SERVICE

I, BRENT F. VULLINGS, ESQUIRE, do hereby certify that I did mail a true and correct copy of the Summons in a Civil Action and the Civil Complaint via regular mail and certified mail, return receipt requested to Defendant, Complete Credit Solutions, Inc. on 03/19/2010. Said return receipt card was received and signed for by an agent of defendant, "J. Potts", on 03/25/10. Said return receipt card is attached hereto as Exhibit "A".

Date: March 29, 2010

/s/ Brent F. Vullings
Brent F. Vullings, Esq.
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3-25-10 |
| 1. Article Addressed to:<br><br>Complete Credit SOlutions, Inc.<br>2921 Brown Trail, Suite 100<br>Bedford, TX 76021-4144 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7099 3400 0012 8373 6815 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540