UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert A. Croftcheck,<br>    Plaintiff,<br><br>VS.<br><br>Complete Credit Solutions, Inc.,<br>    Defendant. | § § § § § § §     Case No. 1:10-cv-00589-YK |

### NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

                        Respectfully submitted,

/s/   Brent F. Vullings
       Bruce K. Warren, Esquire
       Brent F. Vullings, Esquire
       Warren & Vullings, LLP
       1603 Rhawn Street
       Philadelphia, PA 19111
       215-745-9800
       215-745-7880 fax

       ATTORNEYS FOR PLAINTIFF